IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-17-D

| | |
|---|---|
| LAMARR ANDRE MCDOW ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FONTELLA MARIE HOLMES, ) | |
| ) | |
| Defendant. ) | |

On August 6, 2021, the court held a hearing on all pending motions. As explained in open court, the court GRANTS defendant's motion to dismiss [D.E. 11] and DISMISSES the complaint for lack of personal jurisdiction, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted. The court DISMISSES the complaint without prejudice. The court also DENIES plaintiff's motion to remand [D.E. 14] as meritless. The court DENIES plaintiff's motions to amend the complaint [D.E. 15, 24] as futile. The court GRANTS plaintiff's motion to submit the audio recording [D.E. 16]. The court DENIES as moot defendant's motion to strike plaintiff's first motion to remand [D.E. 19].

SO ORDERED. This 6 day of August 2021.

JAMES C. DEVER III
United States District Judge