UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LAMARR ANDRE MCDOW,                    )
                                       )
                    Plaintiff,         )
                                       )    **JUDGMENT IN A**
v.                                     )    **CIVIL CASE**
                                       )    **CASE NO. 7:21-CV-17-D**
FONTELLA MARIE HOLMES,                 )
                                       )
                    Defendant.         )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 11] and DISMISSES the complaint for lack of personal jurisdiction, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted. The court DISMISSES the complaint without prejudice. The court also DENIES plaintiff's motion to remand [D.E. 14] as meritless. The court DENIES plaintiff's motions to amend the complaint [D.E. 15, 24] as futile. The court GRANTS plaintiff's motion to submit the audio recording [D.E. 16]. The court DENIES as moot defendant's motion to strike plaintiff's first motion to remand [D.E. 19].

<u>**This Judgment Filed and Entered on August 6, 2021, and Copies To:**</u>

| | |
|---|---|
| Ira Braswell, IV | (via CM/ECF electronic notification) |
| Matthew Thomas Houston | (via CM/ECF electronic notification) |
| Zachary Scott Buckheit | (via CM/ECF electronic notification) |
| A. Lee Hogewood, III | (via CM/ECF electronic notification) |

DATE:                                      PETER A. MOORE, JR., CLERK

August 6, 2021                             (By) /s/ Nicole Sellers

                                                Deputy Clerk