UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:21-CV-00017-D

| | |
|---|---|
| LAMARR ANDRE MCDOW,<br><br>Plaintiff,<br><br>v.<br><br>FONTELLA MARIE HOLMES,<br><br>Defendant. | **ORDER CANCELLING PLAINTIFF'S<br>NOTICE OF LIS PENDENS** |

This matter is before the Court on the motion (Dkt. 38) of defendant Fontella Marie Holmes to cancel the Notice of Lis Pendens filed by plaintiff Lamarr Andre McDow with the Brunswick County Clerk of Superior Court on December 14, 2020, and recorded with the Brunswick County Register of Deeds the same day in Book 4506, Page 403 ("Notice"). The Notice relates to the real property at 3055 Boverie Street, Shallotte, North Carolina ("Property").

For the reasons set forth in Defendant's Memorandum in Support of the Motion (Dkt. 39), including because Plaintiff failed to assert any claims within the scope of N.C. Gen. Stat. § 1-116(a) and because this action has been discontinued and abated via dismissal of Plaintiff's claims, the Court GRANTS the Motion and orders and deems the Notice CANCELLED. The Brunswick County Clerk of Superior Court and Brunswick County Register of Deeds are directed and ordered to CANCEL the Notice of record immediately and to take all actions necessary or appropriate to reflect the cancellation and termination of the Notice in their records.

**SO ORDERED**, this the _3_ day of November, 2021.

JAMES C. DEVER III
United States District Judge